**No. 09-9030. Victor Espinosa, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1918, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2537.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9034. John McCartney, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1919, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2355.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 73.

**No. 09-9037. Gregory Wright, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1919, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2508.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 582 F.3d 199.

**No. 09-9038. Gary Smith, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1919, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2521.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 709.

**No. 09-9039. Cynthia V. Shank, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1919, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2399.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 591 F.3d 491.

**No. 09-9043. Ronald Pena, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1919, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2395.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 586 F.3d 105.

**No. 09-9044. Alberto Salvador Ponce-Ponce, aka Javier Dominguez-Aguilar, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1920, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2540.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 939.

**No. 09-9048. Raul Medrano Betancourt, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1920, 176 L. Ed. 2d 390, 2010 U.S. LEXIS 2445.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 586 F.3d 303.